# EARLY YEARS ACADEMY INC

## Balance Sheet
### As of May 31, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|   Bank Accounts | |
|     Checking - 1C - 5792 | 930.03 |
|     Checking - CB - 6500 | 19,434.70 |
|     Money Mkt Ckg - CB - 4600 | 27,103.20 |
|     Payroll - CB - 9605 | 11,093.04 |
|     Savings - 1C - 0463 | 1,246.23 |
|   **Total Bank Accounts** | **$59,807.20** |
|   Other Current Assets | |
|     Loan To Officer | 74,401.00 |
|     Undeposited Funds | 1,289.50 |
|   **Total Other Current Assets** | **$75,690.50** |
|   **Total Current Assets** | **$135,497.70** |
|   Fixed Assets | |
|     Accumulated Amortization | -4,615.00 |
|     Accumulated Depreciation | -109,549.33 |
|     Build Out | 45,256.03 |
|     Equipment | 54,498.81 |
|     Furniture & Fixtures | 16,883.93 |
|     LH Improvements | 74,764.36 |
|     PlaySet | 9,242.84 |
|     Vehicles | 22,250.00 |
|   **Total Fixed Assets** | **$108,731.64** |
| **TOTAL ASSETS** | **$244,229.34** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|   Current Liabilities | |
|     Credit Cards | |
|       Chase Inc - 6857 | 56,354.99 |
|   **Total Credit Cards** | **$56,354.99** |
|     Other Current Liabilities | |
|       Aflac Liabilities | 135.24 |
|   **Total Other Current Liabilities** | **$135.24** |
|   **Total Current Liabilities** | **$56,490.23** |
|   Long-Term Liabilities | |
|     On Deck Capital - 0174/3843 | 66,874.01 |
|     SBA EIDL Loan | 500,000.00 |
|   **Total Long-Term Liabilities** | **$566,874.01** |
| **Total Liabilities** | **$623,364.24** |

# EARLY YEARS ACADEMY INC

## Balance Sheet

As of May 31, 2024

|  | TOTAL |
|---|---:|
| Equity |  |
|   Capital Stock | 100.00 |
|   Retained Earnings | -379,919.32 |
|   Shareholder Distribution | 142.00 |
|   Net Income | 542.42 |
| **Total Equity** | **$ -379,134.90** |
| **TOTAL LIABILITIES AND EQUITY** | **$244,229.34** |